IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Bethlehem              :
                             :
            v.             :      No. 1034 C.D. 2017
                             :
Alvin S. Kanofsky         :
United States of America    :
                             :
Appeal of: Alvin S. Kanofsky   :

# **O R D E R**

NOW, May 15, 2018, having considered appellant's application for reconsideration, the application is denied.

 

                                    _____

                                    MARY HANNAH LEAVITT,
                                    President Judge